MICHAEL P. KOSOLAPOV, Appellant, v. RUSSO-ASIATIC BANK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

CONRAD KROEMER, JR., Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

EDNA LAYMAN, an Infant, by JAMES LAYMAN, Her Guardian ad Litem, Respondent, v. ALLEGI & LORING, INC., and Others, Defendants; MOUNT VERNON TRUST COMPANY, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

ETHEL LONDON, Respondent, v. HERMAN M. HESSBERG, Individually, and as Sheriff of the County of Kings, Defendant, Impleaded with ARNOLD M. SCHMIDT and Another, as Executors, etc., of HERMAN M. HESSBERG, Deceased, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Questions to be certified. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ. Settle order on notice. [See ante, p. 731.]

JENNIE MANASIA, Respondent, v. NEW YORK CASUALTY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion to amend remittitur denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

O. H. & J. HOLDING COMPANY, INC., Respondent, v. ISAAC GETZLER and Another, Defendants; NATHAN ENGELHARDT, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

EMILIA OLSON, Respondent, v. POUGHKEEPSIE & WAPPINGERS FALLS RAILWAY COMPANY, INC., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

HANS OLSON, Respondent, v. POUGHKEEPSIE & WAPPINGERS FALLS RAILWAY COMPANY, INC., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.